# CAMERON N.E. LANDRY LAW, LLC

**A PROFESSIONAL LEGAL COMPANY**

405 SOUTH BROAD ST.
NEW ORLEANS, LOUISIANA 70119

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/10/2015 9:00:31 PM
KEITH E. HOTTLE
Clerk

Cameron Ehsani Landry
ATTORNEY AT LAW

Telephone: (888) 98-CIVIL
Office: (504) 861-7488
Facsimile: (888) 550-1220

Website: www.98CIVIL.com
Email: EHSANILANDRY@GMAIL.COM

January 5, 2015

**Laura A. Cavaretta, Esq.** **via fax and certified mail (7013 1090 0000 3336 8835)**
**Cavaretta, Katona & Francis, PLLC**
**One Riverwalk Place**
**700 N. St. Mary's Street, Suite 1500**
**San Antonio, TX 78205**
**Phone: 210-588-2901**
**Facsimile: 210-588-2908**

**Re: PAUL DOUGLAS HARLAN VS. DR. JUSTIN BRAZEAL, M.D., et al**
**150th JDC Bexar County, TX; cause No. 2014-CI-11941**

Dear Ms. Laura A. Cavaretta,

On December 29, 2014 on behalf of your client, BEXAR COUNTY HOSPITAL DISTRICT d/b/a UNIVERSITY HEALTH SYSTEM (hereinafter, UHS), you filed the Motion to Dismiss. As the ground in support of the said Motion, you claimed Plaintiff's violation to comply with §74.351(a), specifically that Plaintiff has not provided expert reports to defense counsel for UHS.

We were caught by surprise to get to know you have not received the report by our expert, which was executed by Dr. Richard G. Bush, M.D., P.A. on July 16, 2014, and/or expert's CV, which we have sent you by US mail. In fact, I recollect a phone conversation with you on the matters of the expert report. After you filed Answer and Plea in Abatement on or about August 21, 2014, we discussed on phone the standard of Authorization form as well as details of Dr. Bush's expert report. Since that time, we have had phone communications involving lawsuit matters a couple of times. Because you have never filed any objection to the sufficiency of the Dr. Bush's report, I assumed the report is sufficient from your client's point of

view. What I could never assume is the fact that you did not receive report by itself and/or expert's CV.

It is important to be noticed that the Plaintiff sent his initial Notice with Authorization form on or about May 19, 2014 to all defendants, including UHS. In fact, on or about June 4, 2014 we received a letter from Mr. Timothy Boughal, the health law attorney at the office of general counsel of the University of Texas System. That letter, which is attached, states that Mr. Harlan's health claim to all defendants has been referred to Mr. Boughal for evaluation and management.

As it is evidenced by the facts, you were given initial Notice and Authorization form by Mr. Boughal and/or other representative of the University of Texas System. It is simply so because in your Answer and Plea in Abatement, which you filed on or about August 21, 2014, you claimed insufficiency of the original Authorization from. After we obtained Dr. Bush's report, we sent its copy to Mr. Boudhal on July 17, 2014 (please see attached) so that he could file the report into his case file if he was still dealing with Plaintiff's claims and/or forward the report to a proper representative of defendants in the case as he has previously done with the Notice and Authorization form, including you.

In sum, we have made every attempt to comply with requirements of §74.351(a), secure rights and interests of Mr. Harlan, and make sure no violations of Texas laws occured. That's why we were totally surprised by the grounds of your Motion to Dismiss.

At this time, we are sending to your attention Dr. Bush' expert report dated July 16, 2014 and his CV again as well as other documents listed in this letter.


Please feel free to contact me should you have any questions and/or concerns.


Sincerely yours,

Cameron Ehsani Landry
Attorney at Law
CEL/lcb
Enclosures:
- a letter from Mr. Timothy Boughal;
- a copy of gmail report evidencing sending Dr. Bush' report to Mr. Boughal (with attachments);
- Dr. Bush report;
- Dr. Bush's CV.



THE UNIVERSITY OF TEXAS SYSTEM

*Office of General Counsel*

201 WEST SEVENTH STREET AUSTIN, TEXAS 78701-2981

TELEPHONE (512) 499-4462

FAX (512) 499-4523

Timothy Boughal

*Health Law Attorney*

June 4, 2014

Mr. Paul Harlan
P.O. Box 2426
Freeport, Texas 77542-2426

RE: *Healthcare Claim of Paul Harlan*
OGC# 156205TB-14-UTHSCSA

Dear Mr. Harlan:

Your letter of May 19, 2014 to Helen Markowski, M.D., Richard Raveesh, M.D., Justin Brazeal, M.D., William Bell, M.D., Matthew Napierala, M.D. and University Health Care System regarding your health care claim has been referred to this office for evaluation and management.

I am in the process of evaluating your claim, but must know what specific act or omission you allege violated the standard of care. If you have an expert opinion or other supporting evidence that is critical of the care you were provided, I would appreciate your providing this to me to assist in my evaluation. Following this review, I will be in a position to better respond to your correspondence.

While I cannot give you any legal advice, there are laws that strictly limit when and how a lawsuit for health care liability claims must be filed. I urge you to promptly consult with your own lawyer for advice about this matter.

If you have any questions or comments, please let me know. Thank you for your cooperation in this matter.

Sincerely,

Timothy Boughal

TB:ek

ACADEMIC INSTITUTIONS: The University of Texas at Arlington • The University of Texas at Austin • The University of Texas at Brownsville • The University of Texas at Dallas • The University of Texas at El Paso
The University of Texas - Pan American • The University of Texas of the Permian Basin • The University of Texas at San Antonio • The University of Texas at Tyler
HEALTH INSTITUTIONS: The University of Texas Southwestern Medical Center • The University of Texas Medical Branch at Galveston • The University of Texas Health Science Center at Houston
The University of Texas Health Science Center at San Antonio • The University of Texas M. D. Anderson Cancer Center • The University of Texas Health Science Center at Tyler



**Cameron Ehsani-Landry <ehsanilandry@gmail.com>**

# OGC # 156205TB-14-UTHSCSA

**Cameron Ehsani-Landry** <ehsanilandry@gmail.com> Thu, Jul 17, 2014 at 3:32 PM
To: 5124994523@rcfax.com

Please see attached

**In to Uni of Texas System.pdf**
1054K

# THE LAW OFFICE OF
# CAMERON EHSANI LANDRY

**A PROFESSIONAL LEGAL COMPANY**

ATTORNEY AT LAW

405 SOUTH BROAD ST.

NEW ORLEANS, LOUISIANA 70119

Cameron Ehsani Landry

Telephone: (888) 98-CIVIL
Office: (504) 821-5000
Facsimile: (888) 550-1220

Website: www.98CIVIL.com
Email: EHSANILANDRY@GMAIL.COM

July 17, 2014

**Mr. Timothy Boughal**
**The University of Texas System**
**Office of General Counsel**
**201 West Seventh Street,**
**Austin, TX, 78701-2981**
**Phone: 512-499-4462**
**Fax: 512-499-4523**

**via facsimile 512-499-4523**

**Re: Healthcare claim of Paul Harlan**
**OGC # 156205TB-14-UTHSCSA**

Dear Mr. Timothy Boughal,

Please be advised that our law office represents Mr. Paul Harlan in the above stated matter.

Please find enclosed a letter from Dr. Richard G. Bush, M.D. The letter would serve as support to the statement that acts or omissions to act of specified in the complaint doctors fall below the standard of care for treatment of Mr. Harlan's type of fractures.

Thank you in advance for your cooperation in this matter. Please feel free to contact me should you have any additional questions and/or concerns.

Sincerely yours,

Cameron Ehsani Landry
Attorney at Law

CEL/lcb
Enclosures: a copy of the letter from Dr. Richard G. Bush, M.D. – 1 page



**Dallas Limb Restoration Center**
**Richard G. Buch M.D.**
4001 W.15th Street, Suite 290
Plano Texas 75093
Phone: (469)443-0924
Fax: (469)443-0940

July 16, 2014

Cameron Ehsani Landry
Attorney at Law
405 South Broad St.
New Orleans, LA 70119

Via Facsimile: (888) 550-1220

Re: Paul Harlan -- Record review.

Dear Mr. Landry:

I reviewed the medical records provided from all treating doctors in this case. The original surgical construct used at the patient's initial surgery falls below the standard of care for treatment for these types of fractures.

The rodding of the femur was not done properly according to what is recommended by most orthopedic standards. This surgical construct was not biomechanically sound and was doomed to failure. There are two other treatment options well documented in literature that would have been appropriate. Either a longer plating technique or a locking rod from the trochanteric area should have been used. A rod placed from the knee should almost never be used in a subtrochanteric fracture like this. Specifically, the placement of this one was substandard. I believe that the surgery performed was below standard of care in this case.

Sincerely,

Richard G. Buch M.D.



**Dallas Limb Restoration Center**
**Richard G. Buch M.D.**
4001 W.15th Street, Suite 290 Phone: (469)443-0924
Plano Texas 75093 Fax: (469)443-0940

July 16, 2014

Cameron Ehsani Landry
Attorney at Law
405 South Broad St.
New Orleans, LA 70119

Via Facsimile: (888) 550-1220

Re: Paul Harlan – Record review.

Dear Mr. Landry:

I reviewed the medical records provided from all treating doctors in this case. The original surgical construct used at the patient's initial surgery falls below the standard of care for treatment for these types of fractures.

The rodding of the femur was not done properly according to what is recommended by most orthopedic standards. This surgical construct was not biomechanically sound and was doomed to failure. There are two other treatment options well documented in literature that would have been appropriate. Either a longer plating technique or a locking rod from the trochanteric area should have been used. A rod placed from the knee should almost never be used in a subtrochanteric fracture like this. Specifically, the placement of this one was substandard. I believe that the surgery performed was below standard of care in this case.

Sincerely,

Richard G. Buch M.D.

# Richard G. Buch, MD

**Offices**

4001 W15th Street, Ste. 290
Plano, Texas 75093

4401 Coit Road., Ste. 407
Frisco, Texas 75035

(469) 443-0924
FAX (469) 443-0940

E-MAIL: buchmd@dallaslimbrestoration.com
WEBSITE: www.dallaslimbrestoration.com

**Education**

University of Illinois, Champaign, Illinois, B.S. 1976
University of Illinois, Champaign, Illinois, M.D. 1982

Internship: Indiana University School of Medicine, 1982-1983
Department of Orthopedic Surgery
Residency: Indiana University School of Medicine, 1983-1987
Department of Orthopedic Surgery
Fellowship: Orthopedic Oncology, George Washington University Medical Center, Washington Hospital Center, Children's National Medical Center, Department of Orthopedic Surgery with Dr. Martin Malawer, 1987-1988

**Professional Societies**

Fellow of the American Academy of Orthopedic Surgeons
Fellow of the American College of Surgeons
Dallas County Medial Society
Southern Orthopedic Association
Texas Orthopedic Association
Musculoskeletal Tumor Society

**Licensure**

Texas 02/24/89 #H5391

**Board Certification**

Diplomate of American Board of Orthopedic Surgeons 07/13/90
Recertified 03/01/13

**Bibliography**

Category I (published scientific articles)

1. Intrapelvic Migration of Knowles Pin Through External Iliac Vein
Buch R, Kernek C, Madura J, Province W.
*Orthopedic,* 1985 8(8): 1023-1024

2. Postoperative Continuous Regional Analgesia – A New Method of Pain Control Following Large Segmental Skeleton Resections and Major Amputation.
Malawer MM, Buch R, Khurana S, Garvy T, and Rice L.
*Clinical Orthopaedics and Related Research* 266:227-237, 1991

3. The Impact of Two Cycles of Preoperative Chemotherapy With Intraarterial Cisplatin and Intravenous Doxorubicin on the Choice of Surgical Procedure (Limb-sparing vs. Amputation) for High Grade Bone Sarcomas of the Extremities
Malawer MM, Buch R, Reaman G, Priebat D, Potter, Khurana J, Shmookler B, Patterson K, and Schulof R.
*Clinical Orthopedics and Related Research* 270:214-222,1991

4. Major Amputations Done with Palliative Intent in the Treatment of Local Bony Complications Associated with Advanced Cancer.
Malawer MM, Buch R, Thompson WE, Sugarbaker PH.
*Journal of Surgical Oncology* 47:121-130, 1991

5. Limb Salvage Using Newer Implant Prosthetic Designs
Buch, R
*Baylor University Medical Center Proceedings,* Volume 5, Number 3:27-39, July 1992

6. Reconstruction Using the Saddle Prosthesis Following Excision of Primary and Metastatic Periacetabular Tumors
Aboulafia AJ, Buch R, Mathews J, Li W, Malawer MM.
*Clinical Orthopedics and Related Research* 314:203-13, 1995

7. Cryosurgery in the Treatment of Giant Cell Tumor. A Long-term followup Study.
Malawer MM, Bickels J, Meller I, Buch RG, Henshaw RM, Kollender Y.
*Clinical Orthopedics and Related Research* 359:176-88 February 1999

Category II (Pending)

1. Bilateral Non-union of Stress Fractures of Second Metatarsal Foot and Ankle,
Buch, R
Submitted Journal of Bone and Joint Surgery

2. Intramedullary Nailing of Both Bone Forearm Fractures vs. AO Plating
Buch, R
Submitted Journal of Bone and Joint Surgery

3. Unicameral Bone Cyst: Radiographic Analysis After Injection and Criteria for Treatment
Buch, R
Submitted Journal of Bone and Joint Surgery

4. Oncology Prosthetic Reconstruction for Defects Other Than Tumors
Buch, R
Submitted Journal of Bone and Joint Surgery

5. Bipolar Hip Replacement for AVN
Buch, R
Submitted Journal of Bone and Joint Surgery

Category III (Chapters and Books)

1. Reconstruction Using the Saddle Prosthesis Following Excision of Malignant Periacetabular Tumors
Aboulafia A, Faulks CR, Li W, Buch RG, Matthews J, and Malawer MM,
Complications of Limb Salvage: Prevention, Management and Outcome
Brown K (Ed.)
ISOLS, Montreal, 1991

Category IV (Proceedings)

Scientific Exhibits

1. Postoperative Continuous Regional Analgesia – A New Method of Pain Control Following Large Segmental Skeletal Resections and Major Amputations.
Malawer MM, Buch RG, Garvey T, Khurana S, and Rice L.
5th International Symposium on Limb Salvage Surgery
St. Malo, France September 1989

Poster Exhibits

1. Reconstruction Using the Saddle Prosthesis Following Excision of Malignant Preiacetabular Tumors.
Aboulafia A, Faulks CR, Li W, Buch R, Matthews J, and Malawer MM
In, Sixth International Symposium on Limb Salvage, Brown K. (ed.)
Annual Meeting of the International Society of Limb-Sparing Surgery, Montreal 1991

2. Tumor and Complex Revision Total Knee Arthroplasty Using A Rotating Hinge Revision Total Knee Arthroplasty
Buch R, Wells J, Eberle B
San Francisco, California
September 2002

Presentations

1. *Management of Peri-Hip Pathological Fractures*
Buch, R
AAOS, Los Vegas, Nevada, January 26, 1985
AOA Resident Conference, New Orleans, LA, May 1985

2. *Anterior Thigh Compartment Resection For Soft Tissue Sarcomas*
Buch R, Calyler R.
Mid-American Orthopedic Association, Puerto Rico
April 1985

3. *Aggressive Treatment of Pathologic Humeral Fractures with AO Plating and Cement*
   Buch, R
   AOA Resident Conference, Salt Lake City, Utah, May 1986
   Mid-American Orthopedic Association, San Diego, CA

4. *Intramedullary Nailing of Both Bone Forearm Fractures Verses AO Plating.*
   A Comparison Study
   Buch R, Brueckman R, and Pierce R.
   American Fracture Association, 1987
   AOA Resident Conference, Santa Monica, CA 1987
   American Academy of Orthopedic Surgeons, 1988

5. *Unicameral Bone Cyst: Percutaneous High Pressure Renografin Injection and Intracavitary Methylprednisolone Acetate*
   Malawer MM and Buch R.
   Annual Meeting Eastern Orthopedic Association
   Puerto Rico, November 1988

6. *The Treatment of Unicameral Bone Cysts by a Percutaneous High Pressure Injection Technique; End-Results and Radiographic Analysis of 63 Patients*
   Malawer MM and Buch R.
   Annual Meeting of AAOS
   San Francisco, CA February 1988

7. *The Impact of Preoperative Intraarterial Chemotherapy on the Choice of Surgical Procedure (Limb-Sparing vs. Amputation) For High Grade Bone Sarcomas*
   Malawer MM, Priebat D, Buch R, Reaman G, Shmookler B, Chandra R, and Schulof R.
   American Society of Clinical Oncology
   San Francisco, CA June 1989

8. *Postoperative Infusional Continuous Regional Analgesia (PICRA)-A Technique for Relief of Postoperative Pain Following Major Extremity Surgery.*
   Malawer MM, Buch R, Khurana JS, and Rice L.
   5th International Symposium of Limb-Sparing Surgery
   St. Malo, France September 1989

9. *Unicameral Bone Cysts (UBC): A Radiographic Analysis After Injection and Criteria for Treatment*
   Buch R, Malawer MM
   Eastern Orthopedic Association 1988
   American Academy of Orthopedic Surgeons 1989

10. *Pathology Review Course For Orthopedic Residents*
    Buch, R
    George Washington University, September 1989
    Washington, D.C.

11. *Postoperative Infusional Continuous Regional Analgesia-A Technique for Pain Relief of Postoperative Pain Following Major Extremity Surgery*
    Malawer MM, Buch R, Khurana S, Garvey T, and Rice L.
    Annual Meeting Eastern Orthopedic Association
    Bermuda, November 1990

12. *Tumors of the Spine*
    Buch, R
    Texas Back Institute
    Plano, Texas 1992

13. *Limb Salvage Surgery*
    Buch, R
    Scott and White Hospital
    Temple, Texas 1991

14. *New Treatments of Osteomylitis*
    Buch, R
    RHD Memorial Hospital
    Department of Family Medicine
    Dallas, Texas

15. *Limb Salvage in Pediatric Patients*
    Buch, R.
    Children's Medical Center, Medical Oncology Conference
    Dallas, Texas 1991

16. *Reconstruction Using the Saddle Prosthesis Following Excision of Malignant Periacetabular Tumors*
    Aboulafia A, Faulks CR, Li W, Buch R, Matthews J, and Malawer MM
    Sixth International Symposium on Limb Salvage, Montreal 1991

17. *Postoperative Care of Ilizarov Patients*
    Buch, R
    Physical Therapy and Orthopedic Nursing Department
    St. Paul Medical Center
    Dallas, Texas 1990-1991

18. *Renal Cell Metastasis*
    Buch, R
    Tumor Conference, St. Paul Medical Center
    Dallas, Texas September 1991

19. *Soft Tissue Tumors-How to Stay Out of Trouble*
    Buch, R
    Oncology for the Primary Physician; Cancer Conference
    Dallas, Texas September 1991

20. *Squamous Cell Carcinoma-Extremity Tumors*
    Buch, R
    Tumor Conference, St. Paul Medical Center
    Dallas, Texas January 1992

21. *Biopsy and Staging Tumors*
    Buch, R
    Northeastern Medical Campus
    Orthopedic Department Meeting
    Bedford, Texas March 1993

22. *Radiation Sarcoma*
    Buch, R
    Tumor Conference, St. Paul Medical Center
    Dallas, Texas February 1993

23. *Complex Reconstruction With Prosthesis for Defects Other Than Tumors*
    Buch, R
    Chicago 1996

24. *Constrained Endoprosthesis of Knees*
    Buch, R
    Anaheim

25. *Opteform in Tumor Applications*
    Buch, R
    AAOS Meeting
    San Francisco, California
    February 2001

26. *Opteform in Tumor Applications*
    Buch, R
    MSTS Meeting
    Baltimore, Maryland
    May 2001

27. *Opteform in Tumor Applications*
    Buch, R
    Exatec Meeting
    Miami, Florida
    May 2001

28. *Opteform in Tumor Applications*
    Buch, R
    Exatec Meeting
    Oklahoma
    April 2002

29. *Complex Revision of Total Knee Replacements*
    Buch, R
    Wichita Falls, Texas
    June 2002

30. *Complex Revision of Total Knee Replacements*
    Buch, R
    Tyler, Texas
    September 2002

31. *Complex Revision of Total Knee Replacements*
    Buch, R
    2003 AAOS Meeting
    New Orleans, Louisiana
    February 2003

32. *Opteform in Tumor Applications*
    Buch, R
    2003 TOA Meeting
    San Antonio, Texas
    April 2003

33. *Opteform in Tumor Applications*
    Buch, R
    Mid-America Meeting
    Hilton Head, South Carolina
    April 2003

34. *Tricks in Complex Total Knee Revisions*
    Buch, R
    Kansas City, Missouri
    August 2003

Newspaper Articles

1. Fighting for Life and Limb
   For Bone Cancer Patients, New Alternatives to Amputation
   Reported by D. Coburn. Washington Post, Health Section
   March 22, 1988

2. One Step at a Time
   Reported by St. Paul Hospital. HealthWaves
   Winter 1990

3. Bone Tumors: A Team Approach to Treatment
   Health Scene, Journal of Good Health & Good Health Care
   Spring 1991

4. Come Back with Turtle Power
   Reported by St. Paul Hospital. HealthWaves
   Spring 1991

5. Restoring Bones to Health
   Reported by St. Paul Hospital. HealthWaves
   Summer 1991

6. Riding Out the Storm
   Reported by G. Shultz. Dallas Times Herald
   September 29, 1991

7. Surgeon Treats Cancer, Amputation as Separate Issue
   Reported by J. Jacobs. Metrocrest News

8. Graduate Wins Fight Against Leg Tumor
   Reported by J. Acton. Today Duncanville
   June 11, 1992

9. Local Man Walks Due to 14-Hour Surgery
   Reported by J. Fox. The Metrocrest News
   April 14, 1993

10. Cancer Battle Changes Man's Focus
    Reported by A. Pettit. The Grapevine Sun
    January 20, 1994

11. Beating the Odds
    Reported by S. Freeman. Fort Worth Star Telegram
    October 13, 1994

Consultant for Investigational Studies

Stryker Howmedica Osteonics
Regeneration Technologies, Inc.
Link Orthopedics
Galvanic Stem Study
Exatech
Optiform and Protein Rich Plasma
Smith & Nephew

Appointments:

| | |
|---|---|
| Centennial Medical Center Chairman, Department of Surgery | 2007-2008 |
| Centennial Medical Center Chairman, Department of Orthopaedics | 2009-2011 |
| Medical Center of Plano, Medical Director – Orthopedics | 2011-2012 |
| Dallas Medical Center, Medical Director | 2012-present |